STATE OF LOUISIANA                          NO. 24-KH-365

VERSUS                                      FIFTH CIRCUIT

DIAVONTE GRIFFIN                            COURT OF APPEAL

                                            STATE OF LOUISIANA

_____ August 20, 2024 _____

Linda Wiseman
First Deputy Clerk

**IN RE** DIAVONTE GRIFFIN

---

**APPLYING FOR**  SUPERVISORY WRIT FROM THE TWENTY-NINTH JUDICIAL DISTRICT COURT, PARISH OF ST CHARLES, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE LAUREN D. ROGERS, DIVISION "E", NUMBER 17-354

---

Panel composed of Judges Marc E. Johnson,
John J. Molaison, Jr., and Scott U. Schlegel

**WRIT DENIED**

In his writ application, relator, Diavonte Griffin, argues that the trial court erred by denying his Motion to Correct Illegal Sentence.  On May 10, 2019, relator pled guilty to the reduced charge of manslaughter in violation of La. R.S. 14:31. On May 13, 2019, the trial court sentenced relator to 30 years at hard labor.  In his motion, relator argues that his sentence is illegally lenient because the trial court failed to impose the sentence with a restriction of benefits for probation and suspension of sentence.

La. R.S. 14:31(B) provides the sentencing range for manslaughter:

Whoever commits manslaughter shall be imprisoned at hard labor for not more than forty years.  However, if the victim killed was under the age of ten years, the offender shall be imprisoned at hard labor, without benefit of probation or suspension of sentence, for not less than ten years nor more than forty years.

Our review of the record does not indicate that the original or amended indictment charged relator with a crime involving a victim under the age of ten.

Therefore, on the showing made, we find the trial court did not err by denying relator's motion to correct illegal sentence.  This writ application is denied.

Gretna, Louisiana, this 20th day of August, 2024.

**SUS**
**MEJ**
**JJM**

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **08/20/2024** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**24-KH-365**

**CURTIS B. PURSELL**
CLERK OF COURT

## E-NOTIFIED

29th Judicial District Court (Clerk)
Honorable Lauren D. Rogers (DISTRICT JUDGE)
No Attorney(s) were ENOTIFIED

## MAILED

Diavonte Griffin #626982 (Relator)
Rayburn Correctional Center
27268 Highway 21
Angie, LA 70426

Hon. Joel T. Chaisson, II (Respondent)
District Attorney
Twenty-Ninth Judicial District Court
Post Office Box 680
Hahnville, LA 70057